IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:09-cv-174-F

Erness H. Jandreau, Individually and as )
Personal Representative of the Estate of )
Joseph G. Jandreau, Deceased, )
)
      Plaintiff(s), )    **ORDER**
)
v. )
)
Alfa Laval USA, Inc., et al., )
)
      Defendants.

THIS MATTER is before the Court upon joint motion by the Plaintiff, Erness H. Jandreau, individually and as Personal Representative of the Estate of Joseph G. Jandreau, Deceased, by and through counsel, and Defendant, A. W. Chesterton Company, to dismiss with prejudice all claims against A.W. Chesterton Company in this matter, and also that all cross-claims asserted by A. W. Chesterton Company in this action be dismissed with prejudice.

It appearing that grounds exist to permit Plaintiff and said Defendant to do so, and that the motion should be granted for good cause shown;

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED that the joint motion to dismiss is ALLOWED, and that all claims of the Plaintiff, Erness H. Jandreau, individually and as Personal Representative of the Estate of Joseph G. Jandreau, Deceased, against A.W. Chesterton Company are hereby dismissed with prejudice; and that all cross-claims asserted by A. W. Chesterton Company in this action are hereby dismissed with prejudice.

SO ORDERED this _12_ day of June, 2013.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge