IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ERNESS H. JANDREAU, Individually and as Personal Representative of the Estate of JOSEPH G. JANDREAU, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>ALFA LAVAL USA, INC., et al.,<br><br>Defendants. | Civil Action No. 5:09-cv-00174-F |

## ORDER OF DISMISSAL

THIS MATTER is before the Court upon motion by Plaintiff, ERNESS H. JANDREAU, Individually and as Personal Representative of the Estate of JOSEPH G. JANDREAU, Deceased, and Defendant, INGERSOLL RAND COMPANY, to dismiss with prejudice, all claims against INGERSOLL RAND COMPANY, in this matter.

It appearing that grounds exist to permit Plaintiff to voluntarily dismiss this action against INGERSOLL RAND COMPANY, with prejudice, and that the motion should be granted for good causes shown;

It is therefore ORDERED, ADJUDGED, and DECREED that the action of Plaintiff, ERNESS H. JANDREAU, Individually and as Personal Representative of the Estate of JOSEPH G. JANDREAU, Deceased, against Defendant, INGERSOLL RAND COMPANY, be dismissed with prejudice.

This, the 9th day of September, 2013.

James C. Fox
JAMES C. FOX
Senior United States District Judge