IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

FILE NO.: 5:09-CV-174-F

ERNESS H. JANDREAU, individually and as
Personal Representative of Joseph G. Jandreau,
Deceased,

      Plaintiffs,

vs.

ALFA LAVAL USA, INC.., et al,

      Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court upon motion by Plaintiff, Erness H. Jandreau, in both his individual and representative capacities and Defendant, Metropolitan Life Insurance Company ("Metropolitan Life"), by and through counsel, to dismiss <u>with</u> prejudice all claims against Defendant Metropolitan Life Insurance Company in this matter.

It appearing that grounds exist to permit Plaintiff to voluntarily dismiss this action against Metropolitan Life Insurance Company, with prejudice, and that the motion should be granted for good causes shown.

It is therefore ORDERED, ADJUDGED, and DECREED that the action of Plaintiff, Erness H. Jandreau, in both his individual and representative capacities, against Metropolitan Life Insurance Company, be dismissed With Prejudice. Each party shall bear their own respective costs.

This, the 14th day of November, 2014.

_____
James C. Fox
Senior United States District Judge